AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Nathan Baer<br><br>_____<br>*Defendant* | ) Case: 1:23-mj-00142<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 6/23/2023<br>) Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                   Nathan Baer                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a  Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) -Engaging in Physical Violence in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) -Act of Physical Violence in the Capitol Grounds or Buildings.

Date:      06/23/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.06.23 11:44:37 -04'00'

*Issuing officer's signature*

City and state:      Washington, D.C.                              G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/23/23 , and the person was arrested on *(date)* 6/26/23
at *(city and state)* Asheville, NC .

Date: 6/26/23

*Arresting officer's signature*

FBI SA Miriam M. Oviedo-Clark
*Printed name and title*