UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 23-cr-236 (RC)** |
| **NATHAN BAER** | **:** | |
| **Defendant.** | **:** | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Nathan Baer, through counsel, respectfully requests that his status hearing, currently scheduled for October 24, 2023 be continued until January 8, 2024. In support of this Motion, counsel states the following facts:

1. Mr. Baer is currently before the Court charged by indictment with Civil Disorder. A status hearing has been set for October 24, 2023.

2. Mr. Baer's co-defendant, Michael Asbury, moved to continue the status hearing. On September 28, 2023, the Court granted the motion and set his hearing date for January 8, 2024.

3. In order to remain on the same track as Mr. Asbury, counsel requests that Mr. Baer's status hearing also be continued to the same date. In addition, Mr. Baer would like additional time to review discovery and for counsel to potentially negotiate a disposition short of trial.

4. The government does not oppose this motion.

5. Mr. Baer does not oppose exclusion of time under the Speedy Trial Act until January 8, 2024.

**Conclusion**

For the foregoing reasons and any others that may appear to this Court, Mr. Baer respectfully requests that this Honorable Court continue the status hearing until January 8, 2024.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500