UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 23-cr-236 (RC) |
| NATHAN BAER | : |
| Defendant. | : |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Nathan Baer, through counsel, respectfully requests that his status hearing, currently scheduled for March 20, 2024 be continued for approximately one week. In support of this Motion, counsel states the following facts:

1. Mr. Baer is currently before the Court charged by indictment with Civil Disorder. A status hearing has been set for March 20, 2024 for a Change of Plea hearing.

2. Mr. Baer has signed and executed the plea paperwork accepting responsibility for his actions. .

3. Mr. Baer's car recently became non-functional due to a broken head gasket. Mr. Baer ordered the parts immediately but the parts to repair his car will not arrive until Wednesday, March 20th – the day of the hearing.

4. Last week, when undersigned counsel provided signed and executed paperwork to the government, it informed the prosecutors that Mr. Baer's car had broken down and may not be repaired in time. Nevertheless, the government opposes the defense Motion. Notably, Mr. Baer has been found to be indigent and has never violated any of his pretrial release conditions.

5. Mr. Baer does not oppose exclusion of time under the Speedy Trial Act until the next hearing.

## Conclusion

For the foregoing reasons and any others that may appear to this Court, Mr. Baer respectfully requests that this Honorable Court continue the status hearing for approximately one week.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

           /s/
        _____
        EUGENE OHM
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500