IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR-236 (RC) |
| **v.** | : | 18 U.S.C. § 231(a)(3) |
| **NATHAN BAER,** | : | |
| Defendant. | : | |

## OPPOSITION TO MOTION TO CONTINUE STATUS HEARING

Defendant Nathan Baer moved to continue the status hearing scheduled for March 20, 2024, stating that his car is non-functional. ECF 32 at 1. Before it took a position, the Government requested that the defendant provide proof that the vehicle was not functional, but the defendant did not.

As a result, the Government opposes the defendant's motion. Should the defendant provide proof, the Government will change its position and not oppose.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
District of Columbia
NY Bar No. 5226121
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

                                        ADAM M. DREHER
                                        Assistant United States Attorney
                                        District of Columbia
                                        Mich. Bar No. P79246
                                        601 D Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-1706
                                        adam.dreher@usdoj.gov