## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 23-CR-236 (RC)** |
| | : | |
| **v.** | : | **18 U.S.C. § 231(a)(3)** |
| | : | |
| **NATHAN BAER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, NATHAN BAER, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

#### *The Attack at the U.S. Capitol on January 6, 2021*

1.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.     On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.     On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 PM, the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the USCP's ability to perform their federally protected function to protect the U.S. Capitol building and its occupants.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows

and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      On January 6, 2021, there was a public disturbance involving acts of violence by an assemblage of three or more persons on the grounds of the United States Capitol. There was an immediate danger of damage or injury to the property or person and any other individual.

9.      At approximately 2:50 PM, BAER made his way to the doorway to the Lower West Terrace of the Capitol building, also referred to as the "tunnel," as captured in Image 1.



Image 1: Still image from Capitol building surveillance footage at 2:50:39 PM, depicting BAER at the entrance of the tunnel.

10.     BAER entered the tunnel at approximately 3:02 PM. At approximately 3:03 PM ,the rioters in the tunnel initiated a "heave-ho" effort, their bodies moving in unison back and forth to apply force against the police line ahead of them that was guarding the door into the Capitol building. BAER participated in this effort, pushing his body against the rioters in front of him at one point bracing himself by putting his hand on the tunnel wall, as captured in Image 2.



Image 2: Still image from Capitol building surveillance footage at 3:03:56 PM, depicting BAER (green) during a heave-ho effort, bracing himself by putting his hand on the tunnel wall.

11.     At approximately 3:04PM, the police deployed OC spray to disperse the rioters.

12.     At approximately 3:07 PM, BAER passed up a police shield  towards the door to the police line, who were using the shields both defensively and offensively against the police. Approximately 30 seconds later, BAER handed up another police shield, as captured in Image 3.



Image 3: Still image from Capitol building surveillance footage at 3:07:41 PM, depicting BAER (green) handing up a police shield (blue) to the rioters in front of him, toward the police line.

13.     At approximately 3:08 PM, BAER pushed his body against the rioters in front of him . This effort was short-lived, lasting only around 30 seconds. BAER exited the tunnel around 3:11 PM, staying at the mouth of the tunnel.

14.     About 30 seconds later, at approximately 3:11 PM, another heave-ho effort began in front of BAER, and he walked back into the tunnel, pushing on the rioters in front of him, and participating in the back-and-forth movement. The rioters (but not Mr. Baer), together were yelling "Heave! Ho!" as they moved back and forth to overcome the police, as captured in Image

4.



Image 4: Still image from a journalist's footage capturing BAER participating in a heave-ho effort at approximately 3:12:04 PM.

15.     At approximately 3:14 PM, BAER handed another police shield to the rioters in

front of him, as captured in Image 5.



Image 5: Still image from Capitol building surveillance footage at 3:14:15 PM, depicting BAER (green) handing up a police shield (blue) to the rioters in front of him, toward the police line.

16.     BAER then continued towards the police line. BAER was close to the front of the line of rioters, very close to the doors to the Capitol building, as captured in Image 6 but Mr. Baer never went inside or crossed the threshold of the door.



Image 6: A still image from a journalist's footage capturing BAER at the front of the line of rioters at approximately 3:16:04 PM, with the doors to the Capitol building to his immediate right.

17.     At approximately 3:18 PM, the police line began to advance, pushing rioters from

the tunnel. BAER was at the very front of the police line as they pushed the rioters out. The police

were physically pushing the rioters out of the tunnel; the rioters, including BAER, were resisting

the police line's effort, as captured in Image 7.



Image 7: Still image from Capitol building surveillance footage at 3:18:30 PM, capturing BAER being pushed out of the tunnel by the police, who are in the bottom right of the frame.

18.    BAER exited the tunnel at approximately 3:19 PM. BAER remained outside the tunnel until at least 3:22 PM.

19.    At the time of BAER's actions inside the tunnel, officers with the United States Capitol Police and officers with the Metropolitan Police Department were engaged in their lawful duties—preventing unlawful entry into the United States Capitol.

20.    As a result of the civil disorder in Washington, D.C. on January 6, 2021, the United States Capitol Police, who are tasked with protecting the U.S. Capitol building and its occupants, and the United States Secret Service, who had multiple protectees inside the Capitol at the time, were forced to change its normal course of business and deployed additional personnel.

21.    As a result of the civil disorder in Washington, D.C. on January 6, 2021, Safeway, a grocery store chain, was forced to close its stores in the District of Columbia earlier than planned on January 6, 2021. As a result, Safeway reported lower sales on January 6, 2021, both as projected

and compared to the same date in prior years. Additionally, Safeway delivery shipments from Pennsylvania to the District of Columbia were unable to be completed on January 6, 2021.

### *Elements of the Offense*

22.      The parties agree that Obstructing Officers During a Civil Disorder, 18 U.S.C. § 231(a)(3), requires the following elements:

a.   First, the defendant knowingly committed or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

b.   Second, at the time of the defendant's actual or attempted act, the law enforcement officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

c.   Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

### *Defendant's Acknowledgments*

23.     The defendant knowingly and voluntarily admits to all the elements as set forth above.

24.     The defendant knowingly and voluntarily admits that the facts as provided in this statement of offense satisfy the elements of 18 U.S.C. § 231(a)(3).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
District of Columbia
NY Bar No. 5226121
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

ADAM M. DREHER
Assistant United States Attorney
District of Columbia
Mich. Bar No. P79246
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, NATHAN BAER, have read this Statement of the Offense and have discussed it with my attorney, EUGENE OHM. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: _____         _____
                                        NATHAN BAER
                                        Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client, NATHAN BAER, fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _____         _____
                                        EUGENE OHM
                                        Attorney for Defendant